IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FARMANULLAH KHAN,<br><br>                              Petitioner,<br><br>        v.<br><br>TERESA ANN BIRCHFIELD KHAN,<br><br><br>                              Respondent, | Case NO.   3:22-cv-05866-RJB<br><br>**PETITION FOR THE RETURN OF CHILDREN UNDER THE HAGUE CONVENTION ON THE CIVIL ASPECTS OF INTERNATIONAL CHILD ABDUCTION** |

**I. PARTIES TO THIS COMPLAINT**

A.      Petitioner

Name: Farmanullah KHAN

Street Address: c/o Stave Law Office, PLLC, 14900 Interurban Avenue South, Suite 271

City and County: Tukwila, King County

State and Zip Code: Washington State 98168

Telephone Number: (253) 941-3484

Email: yukiko.stave@stavelaw.com

1  B.  Respondent

2  Name: Teresa Ann Birchfield KHAN
3  Street Address: 40606 NE 193rd Court
4  City and County: Amboy, Clark County
5  State and Zip Code: Washington State 98601
6  Telephone Number: (360) 702-6782
7
8  C.  Involved Minors

9  Initial of Name (First, Middle, Last): M.F.K.
10  Year of Birth: 2012
11  Street Address: 40606 NE 193rd Court
12  City and County: Amboy, Clark County
13  State and Zip Code: Washington State 98601
14  Telephone Number: (360) 702-6782
15
16  Initial of Name (First, Middle, Last): I.S.K.
17  Year of Birth: 2014
18  Street Address: 40606 NE 193rd Court
19  City and County: Amboy, Clark County
20  State and Zip Code: Washington State 98601
21  Telephone Number: (360) 702-6782
22
23  Initial of Name (First, Middle, Last): Y.G.K.
24  Year of Birth: 2016
25  Street Address: 40606 NE 193rd Court
26  City and County: Amboy, Clark County
27  State and Zip Code: Washington State 98601
28  Telephone Number: (360) 702-6782

## II. PREVIOUS LAWSUITS

There was a custody dispute between the parties with respect to the parties' three children in a Pakistan court.

## III. BASIS FOR JURISDICTION

A.   This case involves a federal question.

B.   22 U.S.C. § 9003[1] - § 9004[2] are at issue in this case.

## IV. STATEMENT OF CLAIM

1. Petitioner Farmanullah KHAN is a legal father of the three children listed in this petition.

2. Petitioner is a national of Pakistan and lives in Pakistan.

3. Respondent Teresa Ann Birchfield KHAN is a legal mother of the three children listed in this petition.

---

1   "Any person seeking to initiate judicial proceedings under the Convention for the return of a child or for arrangement for organizing or securing the effective exercise of rights of access to a child may do so by commencing a civil action by filing a petition for the relief sought in any court which has jurisdiction of such action and which is authorized to exercise its jurisdiction in the place where the child is located at the time the petition is filed." 22 U.S.C. § 9003(b).

"A petitioner in an action brought under subsection (b) shall establish by a preponderance of evidence -
(A) in the case of the action for the return of a child, that the child has been wrongfully removed or retained within the meaning of the Convention; and,
(B) in the case of an action for arrangements for organizing or securing the effective exercise of right of access, that the petitioner has such rights." Id. § 9003(e)(1).

2   "In furtherance of the objectives of article 7(b) and other provisions of the Convention, and subject to the provisions of subsection (b) of this section, any court exercising jurisdiction of an action brought under section 9003(b) of this title may take or cause to be taken measures under Federal or State law, as appropriate, to protect the well-being of the child involved or to prevent the child's further removal or concealment before the final disposition of the petition." Id. § 9004(a).

**Petition for the Return of Children Under**
**Hague Convention on the Civil Aspects of**
**International Child Abduction**

Stave Law Office, PLLC
14900 Interurban Ave. S. Ste. 271
Tukwila, WA 98168
(253) 941-3484

3

4. Respondent is an American citizen, lived in Pakistan before and now is believed to live in Amboy, Washington with the three children.

5. The parties' three children listed in this petition habitually resided in Pakistan until early September 2021.

6. When the three children and both of the parties still lived in Pakistan, Petitioner filed a legal action against Respondent and others asking a family court in Pakistan to grant Petitioner custody of the three children.

7. The Pakistan court entered on August 27th, 2021 a temporary order restraining Respondent from removing the three children from the jurisdiction of the Pakistan court.

8. However, in early September 2021, Respondent removed the three children to the United States.

9. There has been no order to restrict Petitioner's parental right as a father to the three children listed in this petition.

10. Respondent has not returned any of the three children to Petitioner in Pakistan.

11. At the time of the removal in early September 2021, the temporary restraining order entered against Respondent by the Pakistan court on August 27th, 2021 was in effect.

12. In addition, Petitioner has never consented in such removal or retention.

13. Further, Petitioner has never subsequently acquiesced in such removal or retention.

14. Respondent wrongfully removed from Pakistan the parties' three children and still likely retains them in Amboy, Washington, the United States.

15. In March 2022, Petitioner filed with Central Authority of Pakistan an application for the return of the three children under the Hague Convention on the Civil Aspects of International Child Abduction 1980.

16. Pakistan has been a Contracting State to the Hague Convention on the Civil Aspects of International Child Abduction, 1980.

17. Pursuant to 22 U.S.C. § 9004, Petitioner is entitled to a temporary order prohibiting Respondent from removing the three children from the jurisdiction of this Court, visitation to the three children and decision-making jointly with Respondent in the three children's education, religion and non-emergency health matters while this petition is pending.

18. Pursuant to 22 U.S.C. § 9003, Petitioner is entitled to the full return of the three children to him in Pakistan upon the full hearing on the merit of this petition.

## V. RELIEF

Therefore, Petitioner requests this Court for the following relief:

1. An immediate temporary restraining order prohibiting the removal of any of the three children listed in this petition from the jurisdiction of this Court while this petition is pending,

2. An immediate temporary order granting Petitioner to visit in-person, by phone and virtually to all the three children listed in this petition while this petition is pending,

3. An immediate temporary order enabling Petitioner to participate in decision-making jointly with Respondent regarding all the three children's education, religion and non-emergency health matters while this petition is pending,

**Petition for the Return of Children Under
Hague Convention on the Civil Aspects of
International Child Abduction**

5

Stave Law Office, PLLC
14900 Interurban Ave. S. Ste. 271
Tukwila, WA 98168
(253) 941-3484

4. A final order in Petitioner's favor that all the three children are returned to Petitioner in Pakistan,

5. Award Petitioner reasonable attorney fees and costs, and

6. Grant any other relief court deems as appropriate.

## VI. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this petition: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the petition otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 8th, 2022

Signature of Petitioner _[signature]_

Printed Name of Petitioner   Farmanullah KHAN

Assisted by: Yukiko Stave, Attorney at Law, WSBA#44674

---

Petition for the Return of Children Under
Hague Convention on the Civil Aspects of
International Child Abduction

Stave Law Office, PLLC
14900 Interurban Ave. S. Ste. 271
Tukwila, WA 98168
(253) 941-3484