1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11

FARMANULLAH KHAN,                                    CASE NO. 3:22-cv-5866-RJB

                               Petitioner,           ORDER TO SHOW CAUSE

12           v.

13   TERESA ANN BIRCHFIELD KHAN,

14                               Respondent.

15

16           THIS MATTER comes before the Court on a preliminary review of the file. Petitioner

17   requests the return of his children from the State of Washington to Pakistan pursuant to the

18   Hague Convention on the Civil Aspects of International Child Abduction ("the Hague

19   Convention") and the International Child Abduction Remedies Act ("ICARA"), 22 U.S.C. §§

20   9001, *et seq*.  Dkt. 3.

21           On November 9, 2022, Petitioner filed an application to proceed *in forma pauperis* and a

22   proposed Petition for Return of Children.  Dkts. 1 and 1-1.  His application to proceed *in forma*

23   *pauperis* was granted on November 14, 2022.  Dkt. 2.  Respondent has not yet been served.

24           WHEREAS Petitioner has alleged the following:

ORDER TO SHOW CAUSE - 1

1. Petitioner is the legal father of the three children, M.F.K. (year of birth 2012), I.S.K. (year of birth 2014), and Y.G.K. (year of birth 2016), and has a right to custody of them.  He is a national of Pakistan and lives in Pakistan.

2. Respondent is the mother of the three children, is an American citizen, and is believed to be living with them in Amboy, Washington.

3. The three children habitually resided in Pakistan until early September 2021.

4. While the three children were in Pakistan, Petitioner filed a legal action against Respondent asking a court in Pakistan to grant him custody of the children.

5. The three children were wrongfully removed by Respondent after a court in Pakistan entered an order on August 27, 2021 temporarily restraining her from doing so.

6. Petitioner did not consent, and has not consented, to the children's removal from Pakistan to the United States.

7. In March of 2022, Petitioner filed with the Central Authority of Pakistan an application for the return of the children under the Hague Convention; Pakistan has been a Contracting State to the Hague Convention.

Petitioner contends that pursuant to ICARA, he is entitled to a temporary order prohibiting Respondent from removing the three children from the jurisdiction of this Court, visitation with the children, and joint decision making with the Respondent regarding the children's education, religion and non-emergency health matters while this petition is pending.  Petitioner also asserts that he is entitled to the full return of the children to Pakistan after a full hearing on the merits under ICARA.  Dkt. 3.

Based on the foregoing allegations, it is HEREBY ORDERED:

ORDER TO SHOW CAUSE - 2

1. Respondent Teresa Ann Birchfield Khan is HEREBY PROHIBITED from removing, or cause to be removed, from the jurisdiction of this Court the three minor children, pending further order.

2. Respondent and the three minor children, are HEREBY ORDERED TO PERSONALLY APPEAR, with or without counsel, on **December 5, 2022 at 9:30 a.m**. at this Court, 1717 Pacific Ave. in Tacoma, Washington, Courtroom A, United States District Court.  Petitioner is ORDERED TO APPEAR by Zoom.  At the hearing, Respondent shall be given the opportunity to SHOW CAUSE, orally and/or in writing, if any she has, why Petitioner's requests for relief should not be granted. Those request for relief include that:  (1) Petitioner have visitation with the children (in person, by phone, and virtually) while this case is pending, (2) Petitioner have joint decision making with the Respondent regarding the children's education, religion, and non-emergency health matters while this petition is pending; (3) Respondent not remove the children from the jurisdiction of this Court while this petition is pending, and (4) the three children be returned to Pakistan.

3. If Respondent fails to appear at the **December 5, 2022** hearing with the three minor children, or removes, or causes the removal of, the children from the jurisdiction of this Court, the Court may issue a warrant for Respondent's arrest and/or grant Petitioner's claims for temporary relief.

4. A copy of this Order, and a copy of the Petition for Return of Minor Child (Dkt. 3) shall be served on Respondent as soon as reasonably possible by the United States Marshal.

ORDER TO SHOW CAUSE - 3

5. Respondent shall surrender to the U.S. Marshal any passports for the three minor children to be held by the Court for the duration of this case.

6. This Order makes no findings as to the merits of the Petition or any requests for relief.

**IT IS SO ORDERED.**

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 15th day of November, 2022.

ROBERT J. BRYAN
United States District Judge

ORDER TO SHOW CAUSE - 4